

# NUMBER 13-15-00521-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE NATIONAL LLOYDS INSURANCE COMPANY

## On Petition for Writ of Mandamus.

# ORDER

### Before Chief Justice Valdez and Justices Rodriguez and Perkes
### Per Curiam Order

Relator, National Lloyds Insurance Company, filed a petition for writ of mandamus in the above cause on November 4, 2015. Through this original proceeding, relator seeks to compel the trial court to disqualify Lauren Chapman and the Mostyn Law Firm from representing real parties in interest, Alfredo Ortiz Rodriguez and Alicia M. Rodriguez. The Court requests that the real parties in interest or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
5th day of November, 2015.